*Edward P. Lyon* and *Alfred W. Andrews* for appellant.

*John K. MacAdam* and *Peter M. Daly* for Morris Rosenberg, respondent.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order.in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Claim of MATILDA MULLER, Respondent, against HENRY R. APEL, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — basis for computation of compensation.*

*Muller* v. *Apel, Inc.*, 215 App. Div. 737, affirmed.

(Argued January 11, 1926; decided January 22, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 11, 1925, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant's husband died as a result of injuries received in an accident arising out of and in the course of his employment. At the date of the accident the rate of compensation would have been based upon a maximum wage of $100 per month. At the time of the award the limit had been raised to $150 on which latter rate the Industrial Board computed the award. Appellant contended that the rate of compensation should have been based on the maximum allowed at the date of the accident.

*Jeremiah F. Connor* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE and ANDREWS, JJ. Dissenting: CARDOZO, McLAUGHLIN and LEHMAN, JJ.